DEC 12 2019 PM 12:39
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY H-18-2

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:19CR 306 VAB |
| v. | VIOLATIONS: |
| ROBERT ALLEN | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (Possession with Intent to Distribute Fentanyl) |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Unlawful Possession of a Firearm by a Convicted Felon) |
| | 18 U.S.C. § 924(c) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime) |
| | 21 U.S.C. § 853 (Criminal Forfeiture – Narcotics Offense) |
| | 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) (Criminal Forfeiture – Firearms Offenses) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Possession with Intent to Distribute Fentanyl)

1.  On or about November 23, 2019, in the District of Connecticut, the defendant ROBERT ALLEN knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO
(Unlawful Possession of a Firearm by a Felon)

1. On or about November 23, 2019, in the District of Connecticut, the defendant ROBERT ALLEN, having been, and knowing that he had been, convicted in the Superior Court of the State of Connecticut of crimes punishable by a term of imprisonment exceeding one year, namely: (a) Conspiracy to Commit Second Degree Assault, in violation of Connecticut General Statutes § 53a-60, on or about February 10, 2009; (b) Third Degree Larceny, in violation of Connecticut General Statutes § 53a-124, on or about July 8, 2010; (c) Witness Tampering, in violation of Connecticut General Statutes § 53a-151, on or about July 8, 2010; (d) Sale of a Controlled Substance, in violation of Connecticut General Statutes § 21a-277(b), on or about February 23, 2012; and (e) Criminal Possession of a Firearm, in violation of Connecticut General Statutes § 53a-217c, on or about February 23, 2012, did knowingly possess a firearm in and affecting commerce, that is, a loaded Ruger LCP .380 caliber handgun, bearing serial number 380199499, which had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

2. On or about November 23, 2019, in the District of Connecticut, the defendant ROBERT ALLEN did knowingly and intentionally possess a firearm, namely, a loaded Ruger LCP .380 caliber handgun, bearing serial number 380199499, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the crime charged in Count One of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(2).

## FORFEITURE ALLEGATION
(Controlled Substance Offense)

3. Upon conviction of the controlled substance offense alleged in Count One of this Indictment, the defendant ROBERT ALLEN shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Section 841, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violations and a sum of money equal to the total amount of proceeds obtained as a result of the offense, including, but not limited to, the following: approximately $204 in United States currency seized from ROBERT ALLEN on or about November 23, 2019, in Hartford, Connecticut.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant named in this Indictment: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or disposed with, a third person; (c) has been placed beyond the jurisdiction of the United States District Court for the District of Connecticut; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## FORFEITURE ALLEGATION
(Firearm Offenses)

6. Upon conviction of either of the offenses alleged in Counts Two and Three of this Indictment, the defendant ROBERT ALLEN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the commission of the offenses, including, but not limited to, the following: a loaded Ruger LCP 380 caliber handgun, bearing serial number 380199499, and six rounds of ammunition, all of which were seized from the defendant on or about November 23, 2019.

All in accordance with Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY